UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRITCHARD INDUSTRIES<br>SOUTHWEST, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 4:09-CV-931** |
| | ) | |
| SERVICE EMPLOYEES<br>INTERNATIONAL UNION,<br>LOCALS NO. 1 and 5, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Come now the Defendants, Service Employees International Union, Locals No. 1 and 5, and state that they are aware of no persons other than themselves who have a financial interest in the outcome of this litigation.

Respectfully submitted,

DEATS, DURST, OWEN & LEVY, PLLC

B. Craig Deats
TBN: 05703700
1204 San Antonio St., Suite 203
Austin, Texas 78701
(512) 474-6200
FAX (512) 474-7896

Attorneys for Defendants

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent by telephonic document transfer to counsel for Plaintiff, L. Bradley Hancock, Greenberg Traurig, LLP, 1000 Louisiana Street, 17th Floor, Houston, Texas 77002, Fax – (713) 374-3505, on this _____8th_____ day of April, 2009.


_____
B. Craig Deats

2